UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20806-CR-MARTINEZ

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.

**ROEL EMILIO BURGOS,**

    **Defendant.**

_____/

## DETENTION ORDER

Pursuant to 18 U.S.C. § 3142(f), on December 20, 2018, a hearing was held to determine whether defendant **ROEL EMILIO BURGOS** should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the safety of any other person and the community. Therefore, it is hereby ordered that defendant **ROEL EMILIO BURGOS** be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1. The defendant is charged by indictment in the Southern District of Florida with possession of a firearm by convicted felon in violation of Title 18, United States Code, Section 922(g)(1).

2. The weight of the evidence against the defendant is substantial. The government has proffered that on August 15, 2019, the defendant pistol whipped the mother of his children and hit another victim before fleeing the scene. Law enforcement officers received a BOLO for a white male wearing a white shirt with blood on it. Law enforcement officers saw a person

matching that description getting into a pickup truck. Law enforcement officers stopped the pickup truck and found an empty magazine on the defendant's person and a firearm under the passenger seat where the defendant had been sitting. The defendant stated that he should have shot the mother of his children so she would not talk.

On a prior occasion, the defendant had told the mother of the defendant's children that a stay away order would not help her because she would be dead before the police ever came. The defendant has previously been convicted of a felony.

3. The pertinent history and characteristics of the defendant support pretrial detention. The defendant was born on February 24, 1980 in Springfield, Massachusetts. The defendant has an extensive criminal record consisting of 31 arrests in 19 years, including assault, battery, cocaine and marijuana possession. On at least four occasions, the defendant has failed to appear in court. He has had a fugitive warrant and his probation has been revoked three times. Title 18, United States Code, Section 3142(g)(3)(A).

4. The Court specifically finds by clear and convincing evidence, there are no conditions or combinations of conditions which will reasonably assure the safety of other persons and the community. The defendant pistol whipped the mother of his children, made statements that he should have shot her so she would not talk and told her a stay away order would not help her because she would be dead before the police came. Based on the nature of the instant offense, the defendant's statements concerning the mother of his children and his extensive criminal record, the Court has concluded that this defendant presents a danger to other persons and the community.

The Court hereby directs:

(a) That the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b) That the defendant be afforded reasonable opportunity for private consultation with counsel; and

(c) That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Miami, Florida, this **20th** day of December, 2019.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE